NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| JACKSON HEWITT, INC. | : | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | :: | |
| | : | **ORDER** |
| v. | :: | |
| NATIONAL TAX SERVICE, LLC and | : | Civil Action No.: 2:10-cv-05108 |
| KATHRYNE L. WARD, | : | (DMC)(JAD) |
| Defendants | :: | |
| | : | |

DENNIS M. CAVANAUGH, U.S.D.J.

        This matter comes before the Court upon motion by several of the named Defendants in this consolidated matter, National Tax Network, LLC, and Kathryne L. Ward ("Defendants") asking this Court to reconsider its January 10, 2011 Order imposing  temporary restraints on Defendants pursuant to L. Civ. R. 7.1. Defendants have also filed a motion to request Certification for Interlocutory Appeal to the Third Circuit pursuant to 28 U.S.C. § 1292(b) with a corresponding Motion to Stay and Motion for an enlargement of time in which to answer.  After considering the submissions of the parties, and based upon the Court's opinion filed this day, the motion for reconsideration is **denied.** Defendant's motion for Certification for Interlocutory Appeal is also **denied**, as is the Motion to Stay, and the Court declines to allow for an enlargement of time to answer.

IT IS on this  17th   day of February, 2011;

ORDERED Defendants's motion for reconsideration is denied, Defendant's motion for

Certification for Interlocutory Appeal is denied, as is the motion to stay, or to allow for an

enlargement of time to answer.

 S/ Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

Original:      Clerk
cc:            All Counsel of Record
               Hon. Joseph A. Dickson, U.S.M.J.
               File