NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JACKSON HEWITT, INC. | : | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | : | **ORDER** |
| v. | : | |
| G.A.L.T. INVESTMENTS, LLC, et al. | : | Consolidated Case No. 10-cv-05108 (DMC) (JAD) |
| Defendant | : | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon the Report and Recommendation filed by Magistrate Judge Joseph A. Dickson on December 21, 2011 (ECF No. 257), recommending that this Court grant the Motion of Plaintiff Jackson Hewitt, Inc. ("Plaintiff") for an Order to Show Cause why Andrew Fournier ("Fournier") should not be prohibited from providing tax preparation services based on the injunction entered by this Court on December 30, 2010 (ECF No. 54) against Fournier, Traci Elter, and G.A.L.T. Investments, LLC. ECF Nos. 154, 195-1. The parties were given notice that pursuant to Local Civil Rule 72.1, they had fourteen days from receipt of the Report and Recommendation to file and serve any objections. Fournier filed objections to Judge Dickson's Report and Recommendation on January 9, 2012. ECF No. 277. Plaintiff filed a response on January 17, 2012. ECF No. 281. Defendant filed a Reply to Plaintiff's Response on January 18, 2012. ECF No. 283.

The Court has reviewed the Report and Recommendation de novo and concurs in Judge Dickson's opinion. Therefore, this Court will adopt the Report and Recommendation as the Opinion of the Court.

IT IS on this 25 day of January, 2012;

**ORDERED** that the Report and Recommendation of Magistrate Judge Joseph A. Dickson (ECF No. 257) is hereby adopted as the Opinion of the Court; and it is further

**ORDERED** Plaintiff's Motion is **granted**.

Dennis M. Cavanaugh, U.S.D.J.

Orig.:    Clerk
cc:      All Counsel of Record
         Hon. Joseph A. Dickson, U.S.M.J.
         File