NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JACKSON HEWITT, INC. | : | Hon. Dennis M. Cavanaugh |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| G.A.L.T. INVESTMENTS, LLC, et al. | : | Case No. 10-cv-5760 (formerly Consolidated Case No. 10-cv-05108) (DMC) (JAD) |
| Defendant | : | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon the Report and Recommendation and Supplemental Report and Recommendation filed by Magistrate Judge Joseph A. Dickson on December 15, 2011 and March 1, 2012 (ECF Nos. 250, 301), recommending that this Court grant the Motion of Plaintiff Jackson Hewitt ("Plaintiff") for an Order to Show Cause as to why Traci Elter ("Elter") and Andrew Fournier ("Fournier") should not be forced to comply with the injunction issued against H.E.A.T. Enterprises, LLC ("H.E.A.T.") and Arakel Hagopian ("Hagopian") (collectively, the "H.E.A.T. Defendants"). ECF No. 92. The parties were given notice that pursuant to Local Civil Rule 72.1, they had fourteen days from receipt of the Report and Recommendation to file and serve any objections. Defendants filed objections to Judge Dickson's Report and Recommendation on December 29, 2011. ECF No. 262. Defendants filed objections to Judge Dickson's Supplemental Report and Recommendation on March 6, 2012. ECF No. 303.

The Court has reviewed the Report and Recommendation and the Supplemental Report and Recommendation de novo and concurs in Judge Dickson's opinion. Therefore, this Court will adopt

the Report and Recommendation and Supplemental Report and Recommendation as the Opinion of the Court.

IT IS on this 20 day of June, 2012;

**ORDERED** that the Report and Recommendation and Supplemental Report and Recommendation of Magistrate Judge Joseph A. Dickson (ECF Nos. 250, 301) is hereby adopted as the Opinion of the Court; and it is further

**ORDERED** Plaintiff's Motion is **granted**.

Dennis M. Cavanaugh, U.S.D.J.

Orig.:     Clerk
cc:     All Counsel of Record
    Hon. Joseph A. Dickson, U.S.M.J.
    File