DUANE MORRIS LLP
A Delaware Limited Liability Partnership
Eric Breslin, Esq.
Michael S. Zullo, Esq.
J. Manly Parks, Esq.
One Riverfront Plaza
1037 Raymond Boulevard
Suite 1800
Newark, NJ 07102-5429

*Attorneys for Defendants*
*Barnes Enterprises, Inc. &*
*Richard S. Barnes*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jackson Hewitt, Inc**.**<br><br>Plaintiff,<br><br>v.<br><br>Barnes Enterprises, Inc. and Richard S. Barnes,<br><br>Defendants. | Case No. 2:10-CV-05108-DMC – JAD<br><br>**SUPPLEMENTAL CERTIFICATION OF MICHAEL ZULLO, ESQ. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

MICHAEL S. ZULLO, of full age, hereby certifies as follows:

1.      I am an attorney-at-law admitted to practice before this Court, and a partner in the law firm of Duane Morris LLP, attorneys for Defendants Richard Barnes and Barnes Enterprises, Inc. (collectively ***"Barnes"***) in the above-captioned matter.  I am familiar with the facts set forth herein.

2.      A true and correct copy of the pages cited in the Reply from the deposition of Cynthia Davis are attached hereto as Exhibit A.

3.      A true and correct copy of the pages cited in the Reply from the deposition of William Scott Barnes are attached hereto as Exhibit B.

4.      A true and correct copy of the pages cited in the Reply from the deposition of Kristi Barnes are attached hereto as Exhibit C.

5.      A true and correct copy of the email cited in the Reply is attached hereto as Exhibit D.

I certify that the foregoing statements made by me are true.  I am aware that, if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated:  January 15, 2013                          By:_/s/Michael S. Zullo_____
                                                  Michael S. Zullo, Esq.