# EXHIBIT "C"

Page 1

In the United States District Court

District of New Jersey

RE: Barnes Enterprises, Inc., Et. Al.,

2:10-CV05108 (DMC) (JAD)

Deposition of: Kristi Barnes

Location: 620 West Evans Street
Florence, South Carolina

Date: Tuesday, December 4, 2012

Time: 11:02 a.m. - 11:56 a.m.

Court Reporter: Roger Williamson

The deposition is taken pursuant to notice and/or agreement, in the above-entitled cause pending in the above-named court and pursuant to the Federal Rules of Civil Procedure.

Q & A Court Reporting Services
Post Office Box 4563 (29502)
Florence, South Carolina
Toll Free (866) 673-9845    Local (843) 673-9845
Fax (843)661-2960
e-mail: Info@qacourtreporting.com
visit: Www.qacourtreporting.com

```
 1      Q      You were --
 2      A      I'm sorry.
 3      Q      No, you were not?
 4      A      No, I was not.
 5      Q      Okay.
 6      A      Sorry.
 7      Q      All right.  Were you involved in any
 8  way of the operation of the business when it was a
 9  Jackson Hewitt franchise?
10      A      Yes, I was.
11      Q      And what did you do?
12      A      I was the district manager.
13      Q      In one or more of the locations?
14      A      Yes, sir.
15      Q      Okay.  And in that context, did you do
16  individual returns?
17      A      No, sir.
18      Q      You simply supervised?
19      A      Correct.
20      Q      For how long were you the district
21  manager?
22      A      I started I believe in 2005 and left
23  at the end of the tax season.  Or I'm sorry, maybe
24  2004.
25      Q      That's okay.
```

Page 19

1       A     2004 --

2       Q     Ancient history.  Right?

3       A     Yes.

4       Q     Okay.

5       A     Yes.  2004, at the end of tax season,
6  I left, was employed somewhere else and came back
7  the following year.

8       Q     And did you continue having a role in
9  the operation of the franchise up until 2010?

10      A     Yes.

11      Q     What was your role on -- on an ongoing
12 basis?  Were you still a district manager?

13      A     No, I'm sorry.  In two-thousand--- I
14 want to say '06, '07, I left the business.  I left
15 Barnes Enterprise for personal reason and I was
16 opening up another business myself.

17      Q     Okay. And subsequently go back.  You
18 didn't have any role in the Jackson Hewitt
19 franchise?

20      A     No.

21      Q     Okay.  I'm going to show you a
22 document really for purposes of getting a
23 timeline.  You may never have -- have seen it.  It
24 was marked as Exhibit 22 in the deposition of
25 Richard Barnes.  And we can make a copy of it for