**ANSA ASSUNCAO, LLP**
(A Pennsylvania Limited Liability Partnership)
Two Tower Center Boulevard, Suite 1600
East Brunswick, New Jersey 08816
Ph: (732) 993-9850
Fax: (732) 993-9851

**QUARLES & BRADY, LLP**
1700 K Street, NW
Washington, D.C. 20006
Ph:  (202) 372-9510
Fax: (202) 372-9598
*Attorneys for Plaintiff, Jackson Hewitt Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACKSON HEWITT INC.<br><br>                  *Plaintiff*,<br><br>    -v-<br><br>BARNES ENTERPRISES, INC., et al;<br><br>                  *Defendants*. | Case No.: 2:10-cv-05108 (DMC) (JAD)<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on this 15th day of January, 2013 the foregoing Reply Brief in Support of Plaintiff's Motion For Summary Judgment, and Appendix of Unreported Decisions have been filed with the Clerk of the Court for the United States District Court, District of New Jersey, via ECF, and that same has been served in accordance with the Federal Rules of Civil Procedure and/or the New Jersey District's Local Rules, and/or the New Jersey District's Rules on Electronic Service on all counsel of record.

I hereby certify that the above statements made by me are true.  I am aware that if any of the above statements made by me are willfully false, I am subject to punishment.

                                        */s/  James S. Coons*
                                         James S. Coons