DUANE MORRIS LLP
A Delaware Limited Liability Partnership
Eric Breslin, Esq.
Michael S. Zullo, Esq.
J. Manly Parks, Esq.
One Riverfront Plaza
1037 Raymond Boulevard
Suite 1800
Newark, NJ 07102-5429

*Attorneys for Defendants*
*Barnes Enterprises, Inc. &*
*Richard S. Barnes*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Jackson Hewitt, Inc.<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Barnes Enterprises, Inc. and Richard S. Barnes,<br><br>　　　　　　　　Defendants. | Case No. 2:10-CV-05108-DMC – JAD<br><br>**CERTIFICATION OF MICHAEL ZULLO, ESQ. CORRECTING EXHIBIT D TO SUPPLEMENTAL CERTIFICATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

　　　　MICHAEL S. ZULLO, of full age, hereby certifies as follows:

　　　　1.　　I am an attorney-at-law admitted to practice before this Court, and a partner in the law firm of Duane Morris LLP, attorneys for Defendants Richard Barnes and Barnes Enterprises, Inc. (collectively ***"Barnes"***) in the above-captioned matter. I am familiar with the facts set forth herein.

　　　　2.　　On January 15, 2013, Defendants filed a Supplemental Certification in Support of Defendants' Motion for Partial Summary Judgment ("***Supplemental Certificaiton***").

　　　　3.　　Exhibit D was inadvertently omitted from the Supplemental Certification as filed.

2

    4.    A true and correct copy of the email cited in the Reply and identified as Exhibit D is in the Supplemental Certification is attached.

I certify that the foregoing statements made by me are true.  I am aware that, if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  January 17, 2013        By:*/s/Michael S. Zullo*
        Michael S. Zullo, Esq.