# EXHIBIT "D"

*Cell. Free*
864-286-2762

**From:** Tamra Tootle <tamra.tootle@bi-lo.com>
**To:** BILOR3D1StoreDirectors@bi-lo.com, bilor3d1asststoredirectors@bi-lo.com
**cc:** bilor3d1co-mgrctrstores@bi-lo.com, bilor3d1co-mgrservices@bi-lo.com

**Date:** Tuesday, December 07, 2010 02:22PM
**Subject:** Tax Service 2011

---

Customers First Tax Service will be offered in select stores in Midlands beginning 1/1/10.

The following stores will offer the service thru 2/15 and receive $1200 plus a small fee per tax return.

32, 181, 232 and 631 will have 2 people on site - one at entrance to talk to customers and 1 in break rooms to meet w/ and discuss taxes. The tax service will set up a small table, panel and 2 chairs in breakroom so that the teammates can utilize break areas. These terms are non-negotiable on these stores. The tax service reps know NOT to ask for something different once they arrive to set up.

41 - the group expressed interest in serving customers at 41. They were offered to rent the vacant space next to the store in shopping ctr and then put a person in our store to get clients. If they can arrange this with landlord, we will still receive $1200 for Jan 1st thru 2/15.

587, 593, 637 will set up in vestibules only.
Thru 2/15 - $1200

638 will accommodate in cafe area next to window or in left vestibule only. - thru April 15th $2000


EXHIBIT AD2
3
Cruse 6/29/12

268 and 550 - in vestibules thru 2/15.
$1200 (268 may accommodate in cafe.)

521 - in vestibule or cafe area here thru 2/15 and will consider extending if its successful.
1200 and 2000 if extended

Let me know if you have any questions. Please keep these dates and locations in mind as you transition after Christmas.

Where break areas will be utilized, please make teammates aware and ensure

the space is comfortable for them to use for breaks and lunches.

Let me know if you have any questions.

Thank you,

Tamra