NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---

JACKSON HEWITT, INC.,

        Plaintiff,

        v.

DJSG UTAH TAX SERVICE, LLC,
DONALD GODBEHERE, and SHEILA
GODBEHERE, *et al.*;

        Defendants.

**Hon. Dennis M. Cavanaugh**

## ORDER

Case No. 10-cv-5330 (formerly
Consolidated Case No. 10-cv-05108)
(DMC) (JAD)

---

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter having come before the Court upon the Motion of Defendants Donald

Godbehere and Sheila Godbehere (collectively, "Defendants") for Relief from the Court's

November 28, 2011 Order, and the Court having considered the submissions of the parties, and

for the reasons stated in the Court's Opinion filed this day;

IT IS on this ___5___ day of June, 2013;

**ORDERED** that Defendants' Motion (ECF No. 339 in Docket 2:10-cv-5108) is **denied**.

Dennis M. Cavanaugh, U.S.D.J.

Orig.:    Clerk
cc:      All Counsel of Record
        Hon. Joseph A. Dickson, U.S.M.J.
        File