NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACKSON HEWITT, INC. | Hon. Dennis M. Cavanaugh |
| Plaintiff, | |
| v. | ORDER |
| BARNES ENTERPRISES, INC., et al; | No. 10-cv-05108 (DMC) (JAD) |
| Defendants. | |

<u>DENNIS M. CAVANAUGH, U.S.D.J.</u>:

  This matter comes before the Court upon a motion for summary judgment by Jackson Hewitt Inc. ("Plaintiff") against Barnes Enterprises12, Inc. and Richard S. Barnes ("Defendants") as to Count VIII, Count IX, and Count XII (ECF No. 340-1, Dec. 14, 2012) and upon Defendants' motion for partial summary judgment as to Counts I-VI of the verified complaint. (ECF 341-1, Dec. 17, 2012). Pursuant to FED. R. CIV. P 78, no oral argument was heard. Upon careful consideration of the submissions of the parties, and based upon the Court's Opinion filed this day;

  IT IS on this __5__ day of ~~July~~ Aug., 2013:

  ORDERED that Plaintiff's motion for summary judgment is **granted in part**; and it is further

  ORDERED Defendants' cross- motion for partial summary judgment is **denied**.

Dennis M. Cavanaugh, U.S.D.J.

Original: Clerk's Office
cc: Hon. Joseph A. Dickson, U.S.M.J.
  All Counsel of Record
  File